UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ARSELLERS SCOTT, | ) No. CV 13-00902-GW (DFM) |
|---|---|
| Petitioner, | ) |
| v. | ) Order Accepting Findings and |
| RALPH DIAZ, | ) Recommendation of United States |
| | ) Magistrate Judge |
| Respondent. | ) |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, Respondent's Motion to Dismiss, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss is denied.

Dated: February 5, 2015

_____
GEORGE H. WU
United States District Judge