JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ARSELLERS SCOTT, | No. CV 13-00902-GW (DFM) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| RALPH M. DIAZ, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: May 16, 2017

_____
GEORGE H. WU
United States District Judge